# EXHIBIT K

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| | CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*). <br><br> For example, Defendant Fifth Third Bancorp ("Fifth Third" or "Defendant") uses its Fifth Third Mobile App (the "Fifth Third Mobile App") and its Comerica Mobile App (the "Comerica Mobile App") (the "Accused Products") as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and Defendant also provides the Fifth Third Mobile App and Comerica Mobile App to its customers through the App Store and Google Play Store. <br><br> Defendant has induced end-users, including, but not limited to, its customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Defendant took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Defendant included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Defendant is performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Defendant is aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Defendant's inducement is ongoing. <br><br> Defendant has also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Defendant has contributed to the direct infringement of this claim (and any asserted dependent claims) by its personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Defendant's customers using a mobile device to identify its locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Defendant's contributory infringement is ongoing. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

Page |K-2

| CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|
| |  |

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

Case 2:26-cv-00635-JRG-RSP     Document 1-11     Filed 07/29/26     Page 4 of 12 PageID #: 193

| CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|
| |  |

Source: APP STORE

Page |K-3

| CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|



Case 2:26-cv-00635-JRG-RSP    Document 1-11    Filed 07/29/26    Page 5 of 12 PageID #: 194

Page |K-4

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|
| | <br><br>Source: GOOGLE PLAY STORE |
| 1(a)    a storage device of a mobile device storing a first non-browser | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a storage device of a mobile device storing a first non-browser application and a second non-browser application.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a storage device of a mobile device (*e.g.*, smartphone, tablet, *etc.*) storing a first non-browser application (*e.g.*, Fifth Third |

Page |K-5

## Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| | CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|---|
| | application and a second non-browser application; | Mobile App and Comerica Mobile App) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or services).  Source: Screenshots of the Fifth Third, Comerica Mobile App, and Google Maps. |
| 1(b) | a processor of the mobile device executing the first non-browser application and the second | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a processor of the mobile device executing the first non-browser application and the second non-browser application. For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a processor of the mobile device (*e.g.*, smartphone, tablet, *etc.*) executing the first non-browser application (*e.g.*, Fifth Third Mobile App and Comerica Mobile App) and a second non-browser application (*e.g.*, a mapping application |

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| | CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|---|
| | non-browser application; | integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service).<br><br><br><br><div align="center">Source: Screenshots of the Fifth Third Mobile App, Comerica Mobile App, and Google Maps.</div> |
| 1(c) | a user interface of the first non-browser application configured for the mobile device; | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a user interface of the first non-browser application configured for the mobile device.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a user interface of the first non-browser application (*e.g.*, Fifth Third Mobile App and Comerica Mobile App) configured for the mobile device. |

**Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164**

| | CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|---|
| | | <br><br>Source: Screenshot of the Fifth Third Mobile App and Comerica Mobile App. |
| 1(d) | a mapping component of the first non-browser application configured to invoke the second non- | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a mapping component of the first non-browser application configured to invoke the second non-browser application on the mobile device when map-able content displayed on the user interface is activated to display a map of the map-able content.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a mapping component (*e.g.*, code) of the first non-browser application (*e.g.*, Fifth Third Mobile App and Comerica Mobile App) configured to invoke the second non-browser application (*e.g.*, mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service) on the |

Page |K-8

Case 2:26-cv-00635-JRG-RSP    Document 1-11    Filed 07/29/26    Page 10 of 12 PageID #: 199

| CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|
| browser application on the mobile device when map-able content displayed on the user interface is activated to display a map of the map-able content, | mobile device when map-able content (*e.g.*, location of selected bank) displayed on the user interface is activated (*e.g.*, by clicking the Comerica bank location "Get Directions" button) to display a map of the map-able content in the second non-browser application.<br><br> |

Page |K-9

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|
| |    <br><br>Source: Screenshots of the Fifth Third Mobile App, Comerica Mobile App, and Google Maps. |

Page |K-10

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| CLAIM | Evidence: Fifth Third Mobile App and Comperica Mobile App |
|---|---|
| 1(e) wherein the second non-browser application is a mapping application, wherein the mapping component transmits the map-able content to an online mapping service configured to communicate with the second non-browser application. | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a second non-browser application that is a mapping application, wherein the mapping component transmits the map-able content to an online mapping service configured to communicate with the second non-browser application.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein the second non-browser application (*e.g.*, mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service) is a mapping application and the mapping component (*e.g.,* code) transmits the map-able content (*e.g.,* location of the selected bank) to an online mapping service (*e.g.*, a map server) that is configured to communication with the second non-browser application.<br><br><br><br>Source: Screenshots of the Fifth Third Mobile App, Comerica Mobile App, and Google Maps. |