# **EXHIBIT N**

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| CLAIM | | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).<br><br>For example, Defendant Fifth Third Bancorp ("<u>Fifth Third</u>" or "<u>Defendant</u>") uses its Fifth Third Mobile App (the "<u>Fifth Third Mobile App</u>") and Comerica Mobile App (the "<u>Comerica Mobile App</u>") (together the "<u>Accused Products</u>") as employÌed on mobile devices, tablets, *etc.*, for testing and for employees to assist customers and to maneuver between banks, and Defendant also provides the Fifth Third Mobile App and Comerica Mobile App to its customers through the App Store and Google Play Store.<br><br>Defendant has induced end-users, including, but not limited to, its customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Defendant took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Defendant included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Defendant is performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Defendant is aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Defendant's inducement is ongoing.<br><br>Defendant has also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Defendant has contributed to the direct infringement of this claim (and any asserted dependent claims) by its personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Defendant's customers using a mobile device to identify its locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Defendant's contributory infringement is ongoing. |

| CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|



Source: APP STORE

Page |N-2

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|
| |  |

Source: APP STORE

Case 2:26-cv-00635-JRG-RSP    Document 1-14    Filed 07/29/26    Page 4 of 13 PageID #: 235

| CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|



Page |N-4

**Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177**

| CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|
| |  Source: GOOGLE PLAY STORE |
| 1(a) a memory of a mobile device storing a first non-browser | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a memory of a mobile device storing a first non-browser application and a second non-browser application. For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a memory of a mobile device storing a first non-browser application (*e.g.*, Fifth Third Mobile App and Comerica Mobile |

Page |5

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|---|
| | application and a second non-browser application; | App) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or services). <br><br>  <br><br> <div align="center">Source: Screenshots of the Fifth Third Mobile App, Comerica Mobile App, and Google Maps.</div> |
| 1(b) | a processor of the first mobile device executing the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a processor of the mobile device executing the first non-browser application. <br><br> For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a processor of the first mobile device executing the first non-browser application (*e.g.*, Fifth Third Mobile App and Comerica Mobile App). |

Page |N-6

| CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|
| | <br><br>*Source*: Screenshots of the Fifth Third Mobile App and Comerica Mobile App. |
| 1(c) — a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface is adapted to receive text corresponding to a location entered by a user.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a touch screen of the mobile device displaying a first user interface of the first non-browser application (*e.g.*, Fifth Third Mobile App and Comerica Mobile App), wherein the first user interface is adapted to receive text corresponding to a location entered by a user (see below). |

Page |N-7

**Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177**

## Evidence: Fifth Third Mobile App and Comerica Mobile App

| CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|
| first user interface is adapted to receive text corresponding to a location entered by a user; | <br><br>Source: Screenshot of the Fifth Third Mobile App and Comerica Mobile App |
| 1(d) a mapping component transmitting the text to an online mapping service and | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a mapping component transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a mapping component (*e.g.*, code) transmitting the text to an online mapping service and receiving, in response, map data |

**Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177**

| CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|
| receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map, | corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map (see below).  Source: Screenshots of the Fifth Third Mobile App and Comerica Mobile App. |

| | CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|---|
| 1(e) | wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein the first non-browser application (*e.g.*, Fifth Third Mobile App and Comerica Mobile App) displays a second user interface displaying the first map and the at least one point-of-interest (*e.g.,* location of the selected store).<br><br><br><br>Source: Screenshots of the Fifth Third Mobile App and Comerica Mobile App. |

| CLAIM | | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|---|
| 1(f) | wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest (*e.g.,* location of the selected store).<br><br><br><br>Source: Screenshots of the Fifth Third Mobile App and Comerica Mobile App. |

| | CLAIM | Evidence: Fifth Third Mobile App and Comerica Mobile App |
|---|---|---|
| 1(g) | wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest. | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest.<br><br><br><br>Source: Screenshots of the Fifth Third Mobile App and Comerica Mobile App and Google Maps. |